# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEROY JOHNSON JR** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 4:21-cv-455 |
| | § | |
| **LEAR CORPORATION** | § | |
| | § | |
| **Defendant.** | § | |

<u>**INDEX TO DEFENDANT'S NOTICE OF REMOVAL**</u>

| EXHIBIT | DOCUMENT | DATE OF DOCUMENT AND/OR FILING |
|---|---|---|
| 1. | State Court Case Summary | 03/24/2021 |
| 2. | Plaintiff's Small Claims Petition | 03/02/2021 |
| 3. | Plaintiff's Exhibits | 03/02/2021 |
| 4. | Citation (issued) | 03/02/2021 |

46454361.1

-1-

# EXHIBIT 1

**JP6 CIVIL DOCKET**
## CASE SUMMARY
### CASE NO. JP06-21-SC00015049

| | | |
|---|---|---|
| **LEROY JOHNSON JR** | § | Location: **JP No 06** |
| **vs.** | § | Judicial Officer: **Charbonnet, Jason M** |
| **LEAR CORPORATION** | § | Filed on: **03/02/2021** |
| | § | |

---

### CASE INFORMATION

File Date 03/02/2021

Case Type: **Small Claims**

| **Cause of Action** | **Description/Remedy** | | Case | **03/02/2021   Filed** |
|---|---|---|---|---|
| Claim | Action | | Status: | |
| | $2,715.58 Monetary | | | |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number          JP06-21-SC00015049
Court                    JP No 06
Date Assigned       03/02/2021
Judicial Officer       Charbonnet, Jason M

---

### PARTY INFORMATION

| **Plaintiff** | **JOHNSON JR, LEROY** |
|---|---|
| **Defendant** | **LEAR CORPORATION** |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

## EVENTS

| 03/02/2021 | Original Petition Filed (OCA Opening) |
|---|---|
| 03/02/2021 | Exhibit(s) Filed By Plaintiff |
| 03/02/2021 | Citation Issued |
| 03/02/2021 | Mailed Citation to Constable/Sheriff - Out of County Service |

## HEARINGS
06/29/2021   Clerk Follow Up/3 Months (8:00 AM) (Judicial Officer: Charbonnet, Jason M)

## SERVICE
03/02/2021   **CITATION**
LEAR CORPORATION
Unserved
Anticipated Server: OUT OF COUNTY
Anticipated Method: In Person

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|

| | **Plaintiff** JOHNSON JR, LEROY | | |
|---|---|---|---|
| | Total Charges | | 46.00 |
| | Total Payments and Credits | | 46.00 |
| | **Balance Due as of 3/24/2021** | | **0.00** |
| 03/02/2021 | Charge | Plaintiff JOHNSON JR, LEROY | 46.00 |
| 03/02/2021 | Counter Payment   Receipt # JP6-2021-01435 | Plaintiff JOHNSON JR, LEROY | (46.00) |

**JP6 CIVIL DOCKET**
**CASE SUMMARY**
**CASE NO. JP06-21-SC00015049**

# EXHIBIT 2

FN6

Case No. __SC15099__

**LeRoy Johnson JR**
(Plaintiff)

vs.

**Lear Corporation**
(Defendant)

JUSTICE OF THE PEACE COURT

PRECINCT NO. **6**

TARRANT COUNTY, TEXAS

### SMALL CLAIMS PETITION

☑ *I hereby state that I am filing a Small Claims Case: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, or personal property. The claim can be for no more than $10,000 excluding statutory interest and court costs but including attorney's fees, if any.*

I, **LeRoy Johnson JR** , whose address is **5317 Rolling Meadows Dr.**
(Plaintiff)                                                                                (Street and Number)

**Fort Worth, TX 76123** , and my telephone numbers are **(817) 583-2381**
(City, State, and Zip)                                                                              (Home/Cell)

And _____ , and says that **Lear Corporation**
(Work/Fax)                                                    (Defendant)

Whose address is **21557 Telegraph Rd. Southfield, MI 48033**
(Street and Number)                                                                (City, State, and Zip)

And telephone numbers are **(248) 447-1500** and _____ whose identifying
(Home/Cell)                                            (Work/Fax)

information is as follows, if known,  DOB_____ Last 3 Numbers of DL_____ Last 3 Numbers of SS_____

Reason for filing this Lawsuit: **The Company violated me by suspending me without pay while under FMLA, and they owe me money.**

*IF SUING FOR PERSONAL PROPERTY, YOU MUST INCLUDE THE VALUE OF EACH ITEM AND IDENTIFY WHAT YOU ARE SEEKING TO RECOVER EXACTLY. (EX. "POSSESSION OF ABC BRAND LEATHER CHAIR VALUED AT $500.00, ABC BRAND COFFEE TABLE VALUED AT $150.00. PLAINTIFF WISHES TO RECOVER THE POSSSESSION OF EACH ITEM OR THE VALUE THEREOF.")*

In the amount of $ **2,715.58** Plus Court Costs.

Plaintiff's Signature: *Leroy Johnson*                    Date Signed: **3-1-2021**

☑ *I hereby give my consent for the answer and any other motions or pleadings to be sent to my email address which is:* **JLRJHN @ AOL.com**

JP-6-702    Rev. 7/13

# EXHIBIT 3

FILED
March 2, 2021
DISTRICT COURT PCT. 6
TARRANT COUNTY TEXAS
BY: _____

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Leroy Johnson, Jr.<br>5317 Rolling Meadows Drive<br>Ft Worth, TX 76123 | From: | Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|---|---|

3/2/2021 11:18:37 AM

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2021-01929** | **Yolanda Brown,**<br>**Investigator** | **(972) 918-3634** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

| for | _signature_ | 2/12/2021 |
|---|---|---|
| | **Belinda F. McCallister,**<br>**District Director** | *(Date Issued)* |

Enclosures(s)

cc:  **Terrence Larkin, VP General Counsel**
**Lear Corporation**
**21557 Telegraph Rd**
**Southfield, MI 48033**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than** 2 years (3 years) **before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➤ **Only one** major life activity need be substantially limited.

➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**

➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**U.S. Department of Labor**

Wage and Hour Division
Dallas District Office
1701 E. Lamar, Suite 270
Arlington, TX 76006
Tel: 817/861-2150
Fax: 817/861-5085



**August 17, 2020**

**Leroy Johnson**
**5317 Rolling Meadows Dr.**
**Fort Worth, TX 76123**

Subject: **Lear Corporation 1501 East Bardin Rd. Arlington, TX 76018 (817) 419-3011 or (817) 419-3008 Case ID: 1874042**

Dear **Mr. Johnson:**

You recently provided information to the Wage and Hour Division (WHD) of the federal Department of Labor indicating that the above-named employer **suspended employee due reason of possible misuse of FMLA** under the Family and Medical Leave Act (FMLA.) This office conducted an investigation of the above named employer, you were found to be owed **$931.50 in unpaid compensation, beginning 03/10/2018 and ending 03/17/2018,** specifically, the company violated the FMLA by **suspending employee without pay while under FMLA.**

The WHD contacted the employer, explained the FMLA requirements, and requested settlement, including *<Insert requested action/s as applicable: reinstatement, payment of unpaid wages/employment benefits/monetary losses>* on your behalf. The employer would not agree to a settlement or to pay the unpaid wages owed to you. The WHD has the authority to file court actions against employers that have violated the FMLA and seek equitable legal remedies and payment of unpaid wages. However, the WHD's resources do not permit it to litigate all of the cases for which it is unable to obtain the employer's agreement to voluntarily resolve. Consequently, it is necessary for the WHD to advise certain complainants that it will not pursue litigation on their behalf and advise them of other resources that may be available to them to resolve their claim.

The WHD is declining to litigate your complaint and will not take any further action on your behalf.
**The decision by the WHD not to litigate your claim and to take no further action on your behalf does not affect your right to bring a private action in court under the FMLA to obtain reinstatement, lost wages, employment benefits, any monetary losses as a direct result of the violation, interest on the unpaid amounts, an equal amount in liquidated damages, plus attorney's fees and court costs or other relief as may be appropriate.**

The Department does not encourage or discourage such private lawsuits. The decision to pursue a private action is entirely up to you.

IMPORTANT DEADLINES: If you wish to pursue a private lawsuit, you should be mindful that the deadlines under the FMLA are as follows:

| Statute of Limitations under FMLA |
| --- |
| → **2** years from the last violation |
| → **3** years from the last violation if you can prove that your employer's actions were "willful." |

Generally, this means that any part of a back wage claim which was earned more than two years before a lawsuit is filed may not be recoverable.

If you choose to pursue a private lawsuit, you may request, using the "Request for Documents" sheet attached to this letter, the following documents to provide to an attorney of your choosing:

1. Your personal complaint documents (e.g. written statements, records of hours worked, pay stubs) you provided to the WHD;
2. Backwage computations/WH-55 or equivalent, pertaining to you only;
3. Your interview statement;
4. Case File Investigation Narrative Report

If you choose to request documents numbers 1 – 3 above, the WHD will promptly provide the documents to you. If you include document number 4 above, your overall request will likely take longer to complete. Additional documents other than those noted above may be obtained by you or your attorney by making a Freedom of Information Act (FOIA) request in writing. Please note that information such as the names of other employees or witnesses that were a part of the investigation will not be provided as part of any request.

The Request for Documents should be sent to the following address:

Referral Document Request
U.S. Department of Labor
Wage and Hour Division
200 Constitution Avenue N.W., S-3502
Washington, D.C. 20210

Please keep in mind that recovery of unpaid wages or other equitable relief under the FMLA is subject to a two-year statute of limitations unless the employer's actions are willful, which extends the statute of limitations an additional year. Generally, this means that any part of a back wage claim which was earned more than two years before a lawsuit is filed may not be recoverable.

A copy of the Handy Reference Guide (HRG) to the FMLA is enclosed for your information. Please feel free to contact this office at **817-861-2150** if you have any questions regarding this letter.

Sincerely,

Jesus Valdez
District Director
Enclosure: FMLA Fact Sheet# 28

# EXHIBIT 4

**\*\*ORIGINAL CIVIL CITATION\*\***

THE STATE OF TEXAS

TO:   **LEAR CORPORATION**
      **21557 TELEGRAPH RD**
      **SOUTH FIELD MI  48033**
      **SRV:**

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT SIX AT 6551 GRANBURY ROAD  FORT WORTH TEXAS  76133, SAID PLAINTIFF BEING

LEROY JOHNSON JR                                                     PLAINTIFF

AND SAID:

LEAR CORPORATION                                             DEFENDANT

FILED MARCH 02, 2021, FILE NO. JP06-21-SC00015049  SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**NOTICE TO DEFENDANT**

**"YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT.  BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.  YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT.  YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY.  DO NOT IGNORE THESE PAPERS.  IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION."  UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND THIS MARCH 02, 2021.

JASON M CHARBONNET
JUSTICE OF THE PEACE, PRECINCT SIX
TARRANT COUNTY, TEXAS

/S/                    Signed: 3/2/2021 3:36:14 PM

CLERK OF THE JUSTICE COURT, PRECINCT SIX



SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. _____ , AT _____

O'CLOCK , ____ M.  AND EXECUTED ON THE _____ DAY OF _____ , _____ , AT

_____ O'CLOCK  ,  ____  M.  BY DELIVERING TO _____

_____

_____

DEFENDANT, OR DEFENDANTS,  IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES-SERVING….. $ _____          _____

      COP.   ….. $ _____      *SHERIFF / CONSTABLE,
                                     PRECINCT NO. _____

      TOTAL…..$ _____          _____ COUNTY, TEXAS

*  STRIKE IF NOT APPLICABLE                    BY DEPUTY _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORIGINAL CIVIL CITATION**

**IN THE JUSTICE COURT**                         **ISSUED  MARCH 02, 2021**

**JASON M CHARBONNET**
**JUSTICE OF THE PEACE, PRECINCT SIX**                        **817-370-4525**
**6551 GRANBURY ROAD**                          **FAX     682-255-3981**
**FORT WORTH TEXAS  76133**
                              **CASE NO. JP06-21-SC00015049**

**PLAINTIFF(S):**
    **LEROY JOHNSON JR**              **5317 ROLLING MEADOWS DR**
                                 **FORT WORTH, TX  76123**
**ATTORNEY(S) FOR PLAINTIFF(S):**

                                 **VS.**

**DEFENDANT(S):**
    **LEAR CORPORATION**              **21557 TELEGRAPH RD**                 **HOME: 248-447-1500**
                                 **SOUTH FIELD, MI  48033**
**ATTORNEY(S) FOR DEFENDANT(S):**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FNS**                         **JP06-21-SC00015049**
                 **\*\*\*PLEASE ARRIVE 15 MINUTES BEFORE SCHEDULED COURT TIME\*\*\***
                     **\*\*\*NO SHORTS ALLOWED IN COURTROOM\*\*\***

**\*\*ORIGINAL CIVIL CITATION\*\***

THE STATE OF TEXAS

TO:   **LEAR CORPORATION**
     **21557 TELEGRAPH RD**
     **SOUTH FIELD MI  48033**
     **SRV:**

     DEFENDANT, GREETING:

     YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT SIX AT 6551 GRANBURY ROAD FORT WORTH TEXAS  76133, SAID PLAINTIFF BEING

LEROY JOHNSON JR                               PLAINTIFF

     AND SAID:

LEAR CORPORATION                          DEFENDANT

FILED MARCH 02, 2021, FILE NO. JP06-21-SC00015049  SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

     PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**NOTICE TO DEFENDANT**

**"YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT.  BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.  YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT.  YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES BEFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY.  DO NOT IGNORE THESE PAPERS.  IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION."  UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
     THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

     GIVEN UNDER MY HAND THIS MARCH 02, 2021.

                       JASON M CHARBONNET
                       JUSTICE OF THE PEACE, PRECINCT SIX
                       TARRANT COUNTY, TEXAS

                     **ORIGINAL SIGNED**
BY:_____
                    CLERK OF THE JUSTICE COURT



SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. _____ , AT _____

O'CLOCK , ___ M. AND EXECUTED ON THE _____ DAY OF _____ , _____ , AT

_____ O'CLOCK , ____ M. BY DELIVERING TO _____

_____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES-SERVING….. $ _____

    COP.   …..  $ _____

*SHERIFF / CONSTABLE,
  PRECINCT NO. _____

    TOTAL…..$ _____

_____ COUNTY, TEXAS

* STRIKE IF NOT APPLICABLE        BY DEPUTY _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORIGINAL CIVIL CITATION

**IN THE JUSTICE COURT**              **ISSUED MARCH 02, 2021**

**JASON M CHARBONNET**
**JUSTICE OF THE PEACE, PRECINCT SIX**        **817-370-4525**
**6551 GRANBURY ROAD**         **FAX   682-255-3981**
**FORT WORTH TEXAS  76133**
              **CASE NO. JP06-21-SC00015049**

**PLAINTIFF(S):**
   **LEROY JOHNSON JR**        **5317 ROLLING MEADOWS DR**
              **FORT WORTH, TX  76123**
**ATTORNEY(S) FOR PLAINTIFF(S):**

                **VS.**

**DEFENDANT(S):**
   **LEAR CORPORATION**        **21557 TELEGRAPH RD**        **HOME: 248-447-1500**
              **SOUTH FIELD, MI  48033**
**ATTORNEY(S) FOR DEFENDANT(S):**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FNS**              **JP06-21-SC00015049**
        **\*\*\*PLEASE ARRIVE 15 MINUTES BEFORE SCHEDULED COURT TIME\*\*\***
          **\*\*\*NO SHORTS ALLOWED IN COURTROOM\*\*\***



**JASON M. CHARBONNET**
**JUSTICE COURT, PRECINCT SIX**
**6551 GRANBURY ROAD**
**FORT WORTH TEXAS  76133**
**817-370-4525**
**FAX (682-255-3981**

March 02, 2021

OAKLAND COUNTY SHERRIFF'S OFFICE CIVIL UNIT
1200 N. TELEGRAPH RD
PONTIAC, MI. 48341

RE:  Case No: JP06-21-SC00015049     **PLEASE SERVE: LEAR CORPORATION**
**21557 TELEGRAPH RD**
**SOUTH FIELD MI  48033**

Dear Oakland County Sheriff's Office ,

Enclosed please find the citation for service for the above-mentioned case, to be served upon the defendant and a money order/cashier's check for the service fee in the amount of $61.20.

Please be sure to send the original citation back to this office after service, attempted service, and any requests for alternate service as it must be on file at the court before further action can be taken on this case.

Respectfully,

Signed: 3/2/2021 3:49:44 PM
*Kassie Dunlap*

Justice Court Clerk

enclosures: Citation & Money Order/Cashier's Check# CHASE 4522

CASE NO. _____

DEFENDANT NAME: _LeAR CoRPoRAtion_____

## INSTRUCTIONS IF YOUR DEFENDANT IS LOCATED OUT OF TARRANT COUNTY

*IF YOU HAVE MULTIPLE DEFENDANTS, A COPY OF THIS FORM IS TO BE SUBMITTED FOR EACH*

IF THE DEFENDANT UPON WHOM YOU ARE FILING IS TO BE SERVED OUT OF TARRANT COUNTY, IT IS THE PLAINTIFF'S RESPONSIBILITY TO PROVIDE THE COURT THE FOLLOWING INFORMATION:

1. THE NAME OF THE CONSTABLE, SHERIFF OR OTHER AGENCY THAT WILL BE SERVING THE CITATION.
   _OAKland County SHeRiFFs Office_____

2. THE ADDRESS AND PHONE NUMBER OF THE CONSTABLE, SHERIFF, OR OTHER AGENCY TO SEND THE CITATION FOR SERVICE:
   _Civil Unit_____
   _1200 N. TelegRAph Rd._____
   _PontiAc, MichigAn 48341_____

3. THE SERVICE FEE THAT THE ABOVE CONSTABLE, SHERIFF, OR OTHER AGENCY REQUIRES TO SERVE A SMALL CLAIMS OR DEBT CLAIM CITATION. **THIS PAYMENT MUST BE A MONEY ORDER OR CASHIER'S CHECK AND MADE PAYABLE AS INSTRUCTED BY SAID AGENCY.** *CASH WILL NOT BE ACCEPTED FOR OUT OF COUNTY SERVICE FEES.*
   _61.20_____

PLAINTIFF'S SIGNATURE _Leroy John_____

DATE: _03-01-2021_____

**IF YOU HAVE ANY QUESTIONS REGARDING THE ABOVE, PLEASE CONTACT THE JUSTICE COURT 6 OFFICE 817-370-4525**

# JASON M. CHARBONNET
## JUSTICE OF THE PEACE, PRECINCT SIX
6551 GRANBURY ROAD
FORT WORTH, TEXAS 76133
817-370-4525
FAX 682-255-3981

## **TO FILE A CASE WITH SERVICE ON DEFENDANT OUT OF COUNTY**

1. LOCATE THE COUNTY THE DEFENDANT WILL BE SERVED.

2. CONTACT THE CONSTABLE FOR THAT COUNTY AND GIVE THEM THE DEFENDANT'S ADDRESS. THEY WILL BE ABLE TO TELL YOU THE CONSTABLE'S OFFICE RESPONSIBLE FOR SERVING THE CITATION.

   A. FIND OUT THE CONSTABLE'S NAME AND ADDRESS FOR THE COURT TO MAIL THE CITATION TO.
   B. FIND OUT HOW MUCH THE CONSTABLE WILL CHARGE FOR SERVICE ON YOUR DEFENDANT.
      > **\*\*MAKE SURE THAT THEY ARE AWARE YOU ARE FILING CASE IN A TARRANT COUNTY JP COURT\*\***
   C. FIND OUT IF YOU NEED TO GIVE THEM A MONEY ORDER OR A PERSONAL CHECK.
   D. USE THE BACK OF THIS FORM FOR YOUR INFORMATION.

3. YOU CAN RETURN TO THE JUSTICE COURT WITH THE ABOVE INFORMATION AND FILE YOUR COMPLETED PETITION. YOU WILL NEED TO GIVE THE COURT A SEPARATE PAYMENT FOR THE JP FEE WHICH WILL BE $46.00. THEREFORE, YOU WILL BE BRINGING 2 SEPARATE PAYMENTS: JP FEE (CHECK, MONEY ORDER, CASHIER'S CHECK, AND CREDIT CARD WILL BE ACCPETED) AND THE CONSTABLE'S FEE (***CHECK OR MONEY ORDER ONLY***). WE WILL SEND YOUR CHECK WITH THE CITATION TO THE ADDRESS YOU PROVIDE FOR THE OUT OF COUNTY CONSTABLE.

   **\*\*SPECIAL NOTE\*\***
   SOME COUNTIES MAY BE VERY SMALL OR NOT HAVE A CONSTABLE. THEREFORE, YOU WILL NEED TO CONTACT THE COUNTY SHERIFF'S DEPARTMENT-CIVIL DIVISION FOR INSTRUCTIONS.

   IT IS IMPORTANT THAT YOU GET THE CORRECT INFORMATION. INCORRECT INFORMATION MAY DELAY THE PROCESS OF YOUR CASE.